**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Ronald Beaver, <br><br> Plaintiff, <br><br> v. <br><br> Kathleen Sedehi, <br><br> Defendant. | Civil Action No. 2:24-cv-02041-JCC <br><br> **STIPULATION RE DISCOVERY** |

### I.     STIPULATION

COME NOW, Defendant Kathleen Sedehi, by and through her counsel of record, and Plaintiff Ronald Beaver, acting pro se in this matter, and advise the Court that the parties conferred on March 12, 2025 regarding discovery issues and agree that the discovery deadlines, including initial disclosures, along with any other pre-trial deadlines, shall be extended for 45 days.  This stipulation is to allow for a ruling on Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 13) and in recognition of Plaintiff's Motion for Leave to Amend (Dkt. No. 18).  The deadline for initial disclosures shall be May 5, 2025, and the deadline for the parties' joint status report shall be May 12, 2025.

**STIPULATION RE DISCOVERY** -1

(2:24-cv-02041-JCC)

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800

| | |
|---|---|
| DATE: March 19, 2025 | DATE: March 19, 2025 |
| **RONALD BEAVER, PRO SE** | **WOOD, SMITH, HENNING & BERMAN LLP** |
| /s/Ronald Beaver<br>Ronald Beaver<br>Email: ronbeaverph@icloud.com<br>23515 NE Novelty Hill Rd, B221-393<br>Redmond, WA 98053<br><br>*Pro Se Plaintiff* | Timothy J. Repass, WSBA #38373<br>Kellan Byrne, WSBA #49825<br>Email: trepass@wshblaw.com<br>       kbyrne@wshblaw.com<br>801 Kirkland Ave, Suite 100<br>Kirkland, Washington 98033<br>Phone 206.204.6800<br>Fax 206.299.0400<br><br>*Attorneys for Defendant Kathleen Sedehi* |

**ORDER**

Based on the stipulation of all parties, it is so ordered.

Dated: March 19, 2025

_____
DISTRICT COURT JUDGE

**STIPULATION RE DISCOVERY** -2

(2:24-cv-02041-JCC)