UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Ronald Beaver,<br><br>   Plaintiff,<br><br>  v.<br><br>Kathleen Sedehi,<br><br>   Defendant. | Civil Action No. 2:24-cv-02041-JCC<br><br>**STIPULATION TO RENOTE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

## I. STIPULATION

COME NOW, Defendant Kathleen Sedehi, by and through her counsel of record, and Plaintiff Ronald Beaver, acting pro se in this matter, and hereby stipulate that Plaintiff's Motion for Leave to Amend Complaint (Dkt. No. 18) shall be re-noted for consideration on May 15, 2025, in order to allow the parties time to discuss potential resolution of this matter. The parties agree that Plaintiff's reply brief regarding that motion shall be filed by May 8, 2025. The parties further respectfully request the Court continue any ruling regarding Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 13) until May 15, 2025. This stipulation is submitted pursuant to LCR 7(l).

STIPULATION TO RENOTE PLAINTIFF'S
MOTION FOR LEAVE TO AMEND
COMPLAINT -1

(2:24-cv-02041-JCC)

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800

| | | |
|---|---|---|
| 8 | DATE: March 25 , 2025 | DATE: March 25 , 2025 |
| 9 | **RONALD BEAVER, PRO SE** | **WOOD, SMITH, HENNING & BERMAN LLP** |

/s/
Ronald Beaver
Email: ronbeaverph@icloud.com
23515 NE Novelty Hill Rd, B221-393
Redmond, WA 98053

*Pro Se Plaintiff*

Timothy J. Repass, WSBA #38373
Kellan Byrne, WSBA #49825
Email: trepass@wshblaw.com
       kbyrne@wshblaw.com
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
Phone 206.204.6800
Fax 206.299.0400

*Attorneys for Defendant Kathleen Sedehi*

### ORDER

Based on the stipulation of all parties, it is so ordered.

Dated: March 31, 2025

*(signature)*

_____
DISTRICT COURT JUDGE

---

**STIPULATION TO RENOTE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT -2**

(2:24-cv-02041-JCC)

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800