1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

Ronald Beaver,

        Plaintiff,

    v.

Kathleen Sedehi,

        Defendant.

Civil Action No. 2:24-cv-02041-JCC

**SECOND STIPULATION TO RENOTE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

## I.      STIPULATION

COME NOW, Defendant Kathleen Sedehi, by and through her counsel of record, and Plaintiff Ronald Beaver, acting pro se in this matter, and hereby stipulate that Plaintiff's Motion for Leave to Amend Complaint (Dkt. No. 18) shall be re-noted for consideration on June 30, 2025, in order to allow the parties time to discuss potential resolution of this matter. The parties agree that Plaintiff's reply brief regarding that motion shall be filed by June 23, 2025. The parties further respectfully request the Court continue any ruling regarding Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 13) until June 30, 2025. This stipulation is submitted pursuant to LCR 7(l).

**STIPULATION TO RENOTE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT -**1

(2:24-cv-02041-JCC)

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800

1

DATE: May 5, 2025

2

**RONALD BEAVER, PRO SE**

3

4

*/s/Ronald Beaver*
 Ronald Beaver
 Email: ronbeaverph@icloud.com

5

23515 NE Novelty Hill Rd, B221-393
 Redmond, WA 98053

6

*Pro Se Plaintiff*

7

8

9

10

11

DATE: May 5, 2025

**WOOD, SMITH, HENNING & BERMAN LLP**

Timothy J. Repass, WSBA #38373
Kellan Byrne, WSBA #49825
Email: trepass@wshblaw.com
        kbyrne@wshblaw.com
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
Phone 206.204.6800
Fax 206.299.0400

*Attorneys for Defendant Kathleen Sedehi*

12

**ORDER**

13

Based on the stipulation of all parties, it is so ordered.

14

Dated: May 5, 2025

15

16

17

_____
 DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

**STIPULATION TO RENOTE PLAINTIFF'S
MOTION FOR LEAVE TO AMEND
COMPLAINT -2**

(2:24-cv-02041-JCC)

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800