UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Ronald Beaver,<br><br>    Plaintiff,<br><br>    v.<br><br>Kathleen Sedehi,<br><br>    Defendant. | Civil Action No. 2:24-cv-02041-JCC<br><br>**SECOND STIPULATION RE DISCOVERY** |

### I.  STIPULATION

COME NOW, Defendant Kathleen Sedehi, by and through her counsel of record, and Plaintiff Ronald Beaver, acting pro se in this matter, and advise the Court that the parties have conferred regarding discovery issues and agree that the discovery deadlines, including initial disclosures, along with any other pre-trial deadlines, shall be extended for an additional 45 days. This stipulation is to allow for the parties to explore resolution before engaging in full discovery. The deadline for initial disclosures shall be June 20, 2025, and the deadline for the parties' joint status report shall be June 27, 2025.

STIPULATION RE DISCOVERY - 1

(2:24-cv-02041-JCC)

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800

| | |
|---|---|
| DATE: May 5, 2025 | DATE: May 5, 2025 |
| **RONALD BEAVER, PRO SE** | **WOOD, SMITH, HENNING & BERMAN LLP** |

/s/Ronald Beaver
Ronald Beaver
Email: ronbeaverph@icloud.com
23515 NE Novelty Hill Rd, B221-393
Redmond, WA 98053

*Pro Se Plaintiff*

Timothy J. Repass, WSBA #38373
Kellan Byrne, WSBA #49825
Email: trepass@wshblaw.com
          kbyrne@wshblaw.com
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
Phone 206.204.6800
Fax 206.299.0400

*Attorneys for Defendant Kathleen Sedehi*

## ORDER

Based on the stipulation of all parties, it is so ordered.

Dated: May 5, 2025

_____
DISTRICT COURT JUDGE

STIPULATION RE DISCOVERY -2

(2:24-cv-02041-JCC)

Wood, Smith, Henning & Berman LLP
801 Kirkland Ave, Suite 100
Kirkland, Washington 98033
206.204.6800